**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MELVIN E. FLEMING, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:05-cv-0145-SEB-VSS |
| ) | |
| JIM NICHOLSON, Secretary, United States ) | |
| Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **granted** and that judgment is entered for the defendant and against the plaintiff on his complaint.

The costs of this action are assessed against the plaintiff.

Date: 08/29/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Melvin Fleming, 4465 N. Emerson Ave., Indianapolis, IN 46226
Debra G. Richards, UNITED STATES ATTORNEY'S OFFICE, debra.richards@usdoj.gov